**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 15-1632**

─────────────

HELEN GERALD,

            Plaintiff - Appellant,

    v.

KENNETH DAVIS,

            Defendant - Appellee.


─────────────

**No. 15-1636**

─────────────

HELEN FAYE GERALD,

            Plaintiff - Appellant,

    v.

MULLINS POLICE DEPARTMENT,

            Defendant - Appellee.


─────────────

Appeals from the United States District Court for the District of South Carolina, at Florence. Cameron McGowan Currie, Senior District Judge. (4:15-cv-01149-CMC; 4:15-cv-00288-CMC)

─────────────

Submitted: August 27, 2015        Decided: August 31, 2015

─────────────

Before GREGORY, AGEE, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Helen Gerald, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Helen Gerald seeks to appeal the district court's judgments dismissing her complaints. We dismiss the appeals for lack of jurisdiction because the notices of appeal were not timely filed.

Parties are accorded 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

In No. 15-1632, the district court's judgment was entered on the docket on May 5, 2015. In No. 15-1636, the district court's judgment was entered on the docket on March 31, 2015. The notices of appeal were filed on June 10, 2015. Because Gerald failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period in either case, we dismiss the appeals. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED